IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| MARK WAYNE RAMSEY | : | No. 19-268 |

### ORDER

AND NOW, this 4th day of May, 2020, upon consideration of Mark Ramsey's Motion to Suppress (Doc. No. 48), the Government's response thereto (Doc. No. 49), Mr. Ramsey's reply (Doc. No. 54), a hearing held on February 26, 2020, and the parties' supplemental briefing (Doc. Nos. 67, 68), it is **ORDERED** that Mr. Ramsey's Motion to Suppress (Doc. No. 48) is **DENIED** as outlined in the Court's accompanying Memorandum.

BY THE COURT:

_/s/ Gene E.K. Pratter_
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE