IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| MARK WAYNE RAMSEY, | : | No. 19-268 |

## ORDER

**AND NOW**, this 17th day of September, 2021, upon consideration of the Motion to Dismiss of Defendant Mark Wayne Ramsey (Doc. No. 108); the United States' response in opposition (Doc. No. 110); and the moving Defendants' reply (Doc. No. 114); it is **ORDERED** that the Motion to Dismiss (Doc. No. 108) is **DENIED** for the reasons set forth in the Court's accompanying Memorandum.

BY THE COURT:

_____
**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE