IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | |
| MARK WAYNE RAMSEY, | : | No. 19-268 |

## ORDER

**AND NOW**, this _____ day of September, 2021, upon consideration of the Proposed Jury Instructions of Defendant Mark Wayne Ramsey (Doc. No. 116), the United States' Proposed Jury Instructions (Doc. No. 120), and Letters as to Mark Wayne Ramsey (Docs. No. 139 & 140), it is **ORDERED** that Defendant's Proposed Instruction No. 22 as Defendant's challenge to the Government's counter proposal is **DENIED** for the reasons set forth in the Court's accompanying Memorandum.

BY THE COURT:

_____
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**