IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| MARK WAYNE RAMSEY | : | No. 19-268 |

## ORDER

AND NOW, this 5th day of October, 2021, upon consideration of the United States' Motion in Limine (Doc. No. 130) and the Parties' Oral Argument on the matter on September 23, 2021, it is **ORDERED** that the United States' Motion in Limine (Doc. No. 130) is **DEEMED MOOT**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE