IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| MARK WAYNE RAMSEY, | : | No. 19-268 |

**O R D E R**

**AND NOW**, this 25th day of February, 2022, upon consideration of Mark Wayne Ramsey's Motion for Judgment of Acquittal (Doc. No. 151), the Government's Response in Opposition (Doc. No. 152), the Government's Supplemental Response (Doc. No. 155), and Mr. Ramsey's Supplemental Response (Doc. No. 156), it is **ORDERED** that Mr. Ramsey's Motion for Judgment of Acquittal (Doc. No. 151) is **DENIED** for the reasons set forth in the Court's accompanying Memorandum.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE